EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4523
Chief, Violent Crimes Section

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 4 2005

at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR05 00154 HG |
| Plaintiff, | ) | INDICTMENT |
| v. | ) | |
| JOEL PAET, | ) | [18 U.S.C. §§ 922(g)(1); (g)(3); (g)(9); 21 U.S.C. § 841(a)(1); (b)(1)(B)] |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about March 8, 2005, in the District of Hawaii, the defendant, JOEL PAET, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit, a

Glock Model 21, .45 caliber semi-automatic pistol, bearing serial number WB708US.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

## COUNT 2

The Grand Jury further charges:

On or about March 8, 2005, in the District of Hawaii, the defendant, JOEL PAET, being an unlawful user of a controlled substance, as defined in Title 21, United States Code, Section 802, knowingly possessed in and affecting commerce a firearm, to wit, a Glock Model 21, .45 caliber semi-automatic pistol, bearing serial number WB708US.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a).

## COUNT 3

The Grand Jury further charges:

On or about ~~April 4~~ *march 8*, 2005, in the District of Hawaii, the defendant, JOEL PAET, having been previously convicted of a misdemeanor crime of domestic violence, did knowingly possess in and affecting commerce a firearm, to wit, a Glock Model 21, .45 caliber semi-automatic pistol, bearing serial number WB708US.

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(e).

COUNT 4

The Grand Jury charges:

On or about April 4, 2005, in the District of Hawaii, the defendant, JOEL PAET, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce ammunition, to wit, six CCI .22 caliber cartridges.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

COUNT 5

The Grand Jury further charges:

On or about April 4, 2005, in the District of Hawaii, the defendant, JOEL PAET, being an unlawful user of a controlled substance, as defined in Title 21, United States Code, Section 802, knowingly possessed in and affecting commerce ammunition, to wit, six .22 caliber CCI cartridges.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a).

COUNT 6

The Grand Jury further charges:

On or about April 4, 2005, in the District of Hawaii, the defendant, JOEL PAET, having been previously convicted of a misdemeanor crime of domestic violence, did knowingly possess in

and affecting commerce ammunition, to wit, six .22 caliber CCI cartridges.

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(e).

COUNT 7

The Grand Jury further charges:

On or about April 4, 2005, in the District of Hawaii, the defendant, JOEL PAET, knowingly and intentionally possessed with the intent to distribute five grams or more of methamphetamine, its salts, isomers, and salts of isomers.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: April 14, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crimes Section

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

4