AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER: 1:05CR00154-001  Judgment - Page 2 of 6
DEFENDANT: JOEL PAET

JAN 12 2006

at 2 o'clock and 13 min. PM
SUE BEITIA, CLERK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 70 MONTHS.

[✔] The court makes the following recommendations to the Bureau of Prisons:
1) Lompoc, CA.
That the defendant participate in the 500 Hour Comprehensive Drug Treatment Program, drug treatment, mental health program, educational/vocational training programs.

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before _ on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  1-3-06

at _____, with a certified copy of this judgment.

U.S. DEPARTMENT OF JUSTICE
UNITED STATES PENITENTIARY
3901 KLEIN BLVD
LOMPOC, CA 93436

BG Compton, Warden
UNITED STATES MARSHAL

By  M. Hueth, Legaltech
Deputy U.S. Marshal